COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-206-CV

IN RE KELLY STARK RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered “Relator’s Motion To Dismiss Action As Moot. “  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL B:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  June 22, 2007

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.